NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.    Criminal Number  19-mj-108-DAR-1

**DAVID PAITSEL**
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz DC Bar #451557
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 Seventh St NW, Suite 200
*(Street Address)*

Washington,    DC    20004
*(City)         (State)    (Zip)*

(202) 417-6000
*(Telephone Number)*